IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-00445 AWI |
| Plaintiff, | ) | |
| | ) | ORDER ON GOVERNMENT'S |
| v. | ) | MOTION TO DISMISS |
| | ) | (Fed. R. Crim. P. 48 (a)) |
| VINCENT RAY GRANT, | ) | |
| Defendant. | ) | |

O R D E R

Pursuant to the government's motion to dismiss, IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Vincent Ray Grant.

IT IS SO ORDERED.

**Dated:   November 29, 2005**         /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

1