FILED

2005 NOV 30 A 9:54

CLERK, US DIST COURT
EASTERN DIST. OF CALIF
BY /s/ FRESNO
         DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>       Plaintiff, )<br>           )<br>    v.     )<br>           )<br>           )<br>           )<br>VINCENT RAY GRANT, )<br>    aka "BIG V",    )<br>           )<br>           )<br>       Defendant. )<br>_____) | CR. F. 1:0500445 AWI<br><br>ORDER RE: GOVERNMENT'S MOTION<br>TO DISMISS ORIGINAL<br>INDICTMENT [AMENDED] |

Upon motion of the United States, IT IS HEREBY ORDERED that:

1. The original indictment in this case as to the above-named defendant (Indictment No. 1:0500445 AWI) is dismissed with prejudice,

2. The defendant is to remain detained under the Indictment filed on November 22, 2005, Case Number 1:0500479 OWW.

SO ORDERED.

DATED: 11-29-05                            /s/ Anthony W. Ishii
                                           Anthony W. Ishii
                                           United States District Judge

2